# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Donald J. Trump, et al.

Plaintiff,

-v-

Deutsche Bank AG; Capital One Financial Corp.

Defendant.

Case No. 1:19-cv-3826

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DJT Holdings LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 4/29/2019

*s/ Marc L. Mukasey*

**Signature of Attorney**

**Attorney Bar Code:** MM1185