UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br> and <br><br> THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>        Plaintiffs, <br><br> - against - <br><br> DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br>        Defendants. | Docket No. 1:19-cv-3826 |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, William S. Consovoy, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing of the bars of Virginia and the District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:  April 29, 2019               Respectfully Submitted,

                         */s/ William S. Consovoy*
                         William S. Consovoy
                         CONSOVOY MCCARTHY PARK PLLC
                         3301 Wilson Blvd., Ste. 700
                         Arlington, VA 22201
                         (703) 243-9423
                         will@consovoymccarthy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>                      Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>                      Defendants. | Docket No. 1:19-cv-3826 |

## DECLARATION OF WILLIAM S. CONSOVOY

I, William S. Consovoy, declare:

1. I am an attorney at the law firm Consovoy McCarthy Park PLLC, counsel for Plaintiffs in the above-captioned action. I am over the age of eighteen and am under no mental disability or impairment.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. There are no pending disciplinary proceedings against me.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2019

/s/ *William S. Consovoy*
William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3301 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
will@consovoymccarthy.com

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

WILLIAM SPENCER CONSOVOY

was admitted to practice as an attorney and counsellor at the bar of this Court on June 4, 2002.

I further certify that so far as the records of this office are concerned, WILLIAM SPENCER CONSOVOY is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 1st day of April
A.D. 2019

By: _____
Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*William S Consovoy*

was duly qualified and admitted on **July 8, 2005** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on April 1, 2019.

*Julio A. Castillo*
JULIO A. CASTILLO
Clerk of the Court

Issued By: *[signature]*
District of Columbia Bar Membership

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br> and <br><br> THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>                              Plaintiffs, <br><br>             - against - <br><br> DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br>                              Defendants. | Docket No. 1:19-cv-3826 |

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of William Consovoy for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of Virginia and the District of Columbia, and that his contact information is as follows:

> William S. Consovoy
> CONSOVOY MCCARTHY PARK PLLC
> 3301 Wilson Blvd., Ste. 700
> Arlington, VA 22201
> (703) 243-9423
> will@consovoymccarthy.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys

1

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____

United States District / Magistrate Judge