UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>    Plaintiffs,<br><br>        - against -<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>    Defendants. | No. 19 Civ. 03826 (ER)<br><br>**APPEARANCE** |

**To the Clerk of this court and all parties of record:**

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant Capital One Financial Corp.


Dated: May 1, 2019

                                                      s/ James A. Murphy_____ _
                                                       James A. Murphy  (JM-1212)
                                                      MURPHY & MCGONIGLE, PC
                                                      1185 Avenue of the Americas, 21st Floor
                                                      New York, New York 10036
                                                      Telephone: (212) 880-3668
                                                      Facsimile:  (212) 880-3998
                                                      James.Murphy@mmlawus.com