UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, and THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>    Plaintiffs, <br><br>         - against - <br><br> DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br>    Defendants. | No. 19 Civ. 3826 (ER) <br><br> **APPEARANCE** |

**To the Clerk of this court and all parties of record:**

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Defendant Capital One Financial Corp.


Dated: May 1, 2019                                     s/ Steven D. Feldman        _
                                                                             Steven D. Feldman  (SF-4032)
                                                                             MURPHY & MCGONIGLE, PC
                                                                             1185 Avenue of the Americas, 21st Floor
                                                                             New York, New York 10036
                                                                             Telephone: (212) 880-3988
                                                                             Facsimile:  (212) 880-3998
                                                                             Steven.Feldman@mmlawus.com