UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>       Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>       Defendants. | No. 19 Civ. 3826 (ER)<br><br>RULE 7.1 DISCLOSURE STATEMENT OF CAPITAL ONE FINANCIAL CORP. |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Capital One Financial Corporation certify that Capital One Financial Corporation is a publicly traded corporation. Capital One Financial Corporation has no parent corporation and no publicly-held entity owns 10 percent or more of the stock of Capital One Financial Corporation.

106550

2

| | |
|---|---|
| Dated: May 1, 2019<br>New York, New York | MURPHY & MCGONIGLE, P.C.<br><br>By: s/Steven D. Feldman<br>James A. Murphy<br>jmurphy@mmlawus.com<br>Steven D. Feldman<br>sfeldman@mmlawus.com<br>1185 Avenue of the Americas, 21st Floor<br>New York, New York 10036<br>(212) 880-3999<br><br>*Attorneys for Defendant Capital One Financial Corporation* |

106550