UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br> and <br><br> THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>                    Plaintiffs, <br><br> - against - <br><br> DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br>                    Defendants. | Docket No. 1:19-cv-03826 <br><br> **CONSENTED-TO MOTION TO SET BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION** |

The undersigned counsel is authorized to inform the Court that he has conferred with counsel for the Defendants, as well as counsel for the House of Representatives, and the parties have agreed on the following proposed schedule for the briefing of a preliminary injunction in this case:

1. Counsel for the House of Representatives has indicated that it intends to intervene in this action no later than May 3, 2019. Plaintiffs and Defendants consent to such intervention.

2. Plaintiffs intend to file a Motion for Preliminary Injunction no later than May 3, 2019.

3. Any opposition to that motion shall be filed no later than May 10, 2019.

4. Any reply brief in support of the motion shall be filed no later than May 15, 2019.

5. The parties are available for a hearing on the motion at the Court's convenience the week of May 20. If the Court prefers hearing at another time, the parties will endeavor to agree on dates that work for all participants.

6. Counsel for the House of Representatives has agreed to suspend the time for production set by the subpoenas to seven (7) days after the District Court rules on Plaintiffs' motion for a preliminary injunction. Defendants have agreed not to produce any documents in response to the subpoenas during that period, thereby avoiding the need for a TRO or other emergency proceedings.

7. The parties agree that no other responsive pleadings need be filed until further order of the Court.

8. A proposed order is included as an exhibit to this motion.

Dated: May 1, 2019

Marc L. Mukasey
MUKASEY FRENCHMAN & SKLAROFF LLP
250 Park Avenue, 7th Floor
New York, NY 10177
347-527-3940
marc.mukasey@mukaseylaw.com

*Counsel for The Trump Organization, Inc., Trump Organization LLC, The Trump Corporation, DJT Holdings LLC, DJT Holdings Managing Member LLC, The Donald J. Trump Revocable Trust, Trump Acquisition LLC, and Trump Acquisition, Corp.*

Respectfully submitted,

 *s/ Patrick Strawbridge* 
Patrick Strawbridge
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

William S. Consovoy
Cameron T. Norris
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and Ivanka Trump*

**CERTIFICATE OF SERVICE**

    I certify that on May 1, 2019, I electronically filed this document with the Clerk of Court for the U.S. District Court for the Southern District of New York using the CM/ECF system, which will send notification of the filing to all counsel. I also emailed this document to counsel for Deutsche Bank AG and the House of Representatives.

    *s/Patrick Strawbridge*