UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>       Plaintiffs,<br><br> - against -<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>       Defendants. | Docket No. 1:19-cv-03826<br><br>[~~PROPOSED~~] **ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION** |

Pursuant to agreement of the parties, the Court hereby sets the following briefing schedule:

1. Counsel for the House of Representatives shall file any motion to intervene no later than May 3, 2019.

2. Plaintiffs shall file a Motion for Preliminary Injunction no later than May 3, 2019.

3. Any opposition to that motion shall be filed no later than May 10, 2019.

4. Any reply brief in support of the motion shall be filed no later than May 15, 2019.

5. The House of Representatives has postponed the return date for the subpoenas to the Defendants until seven (7) days after the District Court rules on Plaintiffs' motion for a preliminary injunction. Defendants shall not produce any documents in response to the subpoenas during that period.

6. Deadlines for filing any other responsive pleading with the Court are stayed pending further order of the Court.

7.  The parties shall appear for a hearing on   May 22, 2019, at 2:30p   .


Dated: May 1            , 2019                                        It is ordered,

                                                                                                   Edgardo Ramos, U.S.D.J.