UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>                              Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>                              Defendants. | No. 1:19-cv-03826 (ER)<br><br>**NOTICE OF APPEARANCE** |

**To: The clerk of court and all parties of record**

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for The Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, The Donald J. Trump Revocable Trust, Trump Acquisition LLC, and Trump Acquisition, Corp.

Dated: New York, NY
       May 2, 2019

                                      Respectfully submitted,

                                      MUKASEY FRENCHMAN & SKLAROFF LLP

                                      By: /s/ Marc L. Mukasey

Marc L. Mukasey
250 Park Avenue, 7th Floor
New York, NY 10177
347-527-3940
marc.mukasey@mukaseylaw.com

*Counsel for The Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, The Donald J. Trump Revocable Trust, Trump Acquisition LLC, and Trump Acquisition, Corp.*