UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>                                        Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>                                        Defendants. | Docket No. 1:19-cv-03826-ER<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

After considering Plaintiffs' motion for a preliminary injunction, the parties' briefs, and the evidence and oral argument presented at the preliminary-injunction hearing, Plaintiffs' motion is GRANTED. Plaintiffs have demonstrated "'(a) irreparable harm and (b) either (1) likelihood of success on the merits or (2) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly toward the party requesting the preliminary relief.'" *Citigroup Glob. Markets, Inc. v. VCG Special Opportunities Master Fund Ltd.*, 598 F.3d 30, 35 (2d Cir. 2010). It is hereby ORDERED that, until this Court adjudicates the merits of Plaintiffs' claims and enters final judgment:

    1. The challenged subpoenas are stayed;

    2. Defendants Deutsche Bank AG and Capital One Financial Corp. (and their successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert

with them) are enjoined from disclosing, revealing, delivering, or producing the information requested in the challenged subpoenas, or otherwise taking any action to comply with the challenged subpoenas; and

3. Intervenor-Defendants House Permanent Select Committee on Intelligence and House Financial Services Committee (and their successors in office, officers, agents, servants, employees, attorneys, and anyone acting in concert with them) are enjoined from taking any adverse action against the Banks for not complying with the challenged subpoenas, or taking any other action to enforce the subpoenas.

Dated: _____ _____, 2019

_____
United States District Judge