UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>    Plaintiffs, | No. 19 Civ. 03826 (ER)<br><br>**NOTICE OF APPEARANCE** |
| - against –<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>    Defendants. | |

**To the Clerk of this court and all parties of record:**

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

    Defendant Deutsche Bank AG.

Dated: May 3, 2019
New York, New York

        AKIN GUMP STRAUSS HAUER & FELD LLP

By: */s/ Parvin D. Moyne*
Parvin D. Moyne

One Bryant Park
New York, New York 10036
Telephone: (212) 872-1076
Facsimile: (212) 872-1002
pmoyne@akingump.com

*Attorneys for defendant Deutsche Bank AG*