UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>    Plaintiffs,<br><br>- against –<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>    Defendants. | No. 19 Civ. 03826 (ER) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DEUTSCHE BANK AG

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Deutsche Bank AG makes the following disclosures through their undersigned counsel:

1. Deutsche Bank AG is a public company organized under the laws of Germany. No public company holds 10% or more of Deutsche Bank AG's stock, and Deutsche Bank AG has no parent corporation.

Dated: May 3, 2019
New York, New York

        AKIN GUMP STRAUSS HAUER & FELD LLP

By:   */s/ Parvin D. Moyne*
Parvin D. Moyne
Steven R. Ross (*Pro hac vice* pending)
Raphael A. Prober (*Pro hac vice* pending)
Thomas C. Moyer (*Pro hac vice* pending)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1076
Facsimile: (212) 872-1002
pmoyne@akingump.com

*Attorneys for defendant Deutsche Bank AG*