UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br>and <br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>    Plaintiffs, <br><br>- against – <br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br>    Defendants. | No. 19 Civ. 03826 (ER) <br><br><br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Steven R. Ross, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Deutsche Bank AG in the above-captioned action. I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Dated: May 3, 2019                                             AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ Steven R. Ross*
Steven R. Ross
2001 K Street N.W.
Washington, D.C. 20006
Telephone:  (202) 887-4343
Facsimile:  (202) 887-4288
Email: sross@akingump.com

*Attorney for Deutsche Bank AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, and THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br> Plaintiffs, <br><br> - against – <br><br> DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br> Defendants. | No. 19 Civ. 03826 (ER) <br><br><br> **DECLARATION OF STEVEN R. ROSS** |

Pursuant to 28 U.S.C. § 1746, I, Steven R. Ross, declare and state the following:

1. I am a partner in the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for Deutsche Bank AG in this action. I provide this declaration in support of my Motion for Admission *Pro Hac Vice*.

2. Unless otherwise indicated below, the matters set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

Steven R. Ross
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4343
Facsimile: (202) 887-4288
Email: sross@akingump.com

4. I am a member in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificate of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under the penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.

Executed on:  May 3, 2019
              New York, New York

                                                 /s/ Steven R. Ross
                                                 Steven R. Ross



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Steven R Ross*

was duly qualified and admitted on **December 21, 1976** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 1, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>          Plaintiffs, <br><br>                - against –<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>          Defendants. | No. 19 Civ. 03826 (ER)<br><br><br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

The Motion of Steven R. Ross for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the District of Columbia; and that his contact information is as follows:

    Steven R. Ross
    AKIN GUMP STRAUSS HAUER & FELD LLP
    2001 K Street N.W.
    Washington, D.C. 20006
    Telephone:  (202) 887-4343
    Facsimile:  (202) 887-4288
    Email: sross@akingump.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Deutsche Bank AG in the above-entitled action;

**IT IS HEREBY ORDERED** that the Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____
      New York, New York

                                          _____
                                                Edgardo Ramos
                                                United States District Judge