UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, and THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br> Plaintiffs, <br><br> - against – <br><br> DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br> Defendants. | No. 19 Civ. 03826 (ER) <br><br><br> **DECLARATION OF THOMAS C. MOYER** |

Pursuant to 28 U.S.C. § 1746, I, Thomas C. Moyer, declare and state the following:

1. I am a counsel in the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel for Deutsche Bank AG in this action. I provide this declaration in support of my Motion for Admission *Pro Hac Vice*.

2. Unless otherwise indicated below, the matters set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

3. My contact information is as follows:

Thomas C. Moyer
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4528
Facsimile: (202) 887-4288
Email: tmoyer@akingump.com

4. I am a member in good standing of the bar of both the District of Columbia and Virginia; there are no pending disciplinary proceedings against me in any state or federal court, as evidenced by the Certificates of Good Standing annexed hereto. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

I declare under the penalty of perjury that to the best of my knowledge the foregoing statements are true and correct.

Executed on: May 3, 2019
New York, New York

*/s/ Thomas C. Moyer*
Thomas C. Moyer