

**STEVEN R. ROSS**
202.887.4343/fax: 202.887.4288
sross@akingump.com

May 7, 2019

The Honorable Edgardo Ramos
U.S. District Judge
Thurgood Marshall U.S. Courthouse
Courtroom 619
40 Foley Square
New York, NY 10007

Re:  *Donald J. Trump et al v. Deutsche Bank, AG et al*, No. 1:19-cv-03826-ER

Dear Judge Ramos:

As required by the Court's order of May 3, 2019, Deutsche Bank AG ("Deutsche Bank") provides the following statement of position regarding Plaintiffs' request for limited expedited discovery in advance of the preliminary injunction hearing scheduled for May 22, 2019.

The underlying controversy concerning the Intervenor-Defendants' subpoenas is a dispute between the Plaintiffs and the Intervenor-Defendants.  As such, Deutsche Bank takes no position with respect to Plaintiffs' request for expedited limited discovery.

Sincerely,

/s/ Steven R. Ross
Steven R. Ross (*Pro hac vice pending*)
Raphael A. Prober (*Pro hac vice pending*)
Parvin D. Moyne
Thomas C. Moyer (*Pro hac vice pending*)

Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 887-4343
Facsimile: (202) 887-4288

*Attorneys for defendant Deutsche Bank AG*