IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; IVANKA TRUMP; THE DONALD J. TRUMP REVOCABLE TRUST; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; DJT HOLDINGS LLC; DJT HOLDINGS MANAGING MEMBER LLC; TRUMP ACQUISITION LLC; and TRUMP ACQUISITION, CORP., <br><br> *Plaintiffs*, <br><br> v. <br><br> DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br> *Defendants*, <br><br> COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> *Intervenor-Defendants*. | Case No. 1:19-cv-03826-ER |

**NOTICE OF APPEARANCE**

I, Douglas N. Letter, hereby enter my appearance as counsel of record in the above-captioned case for the Committee on Financial Services of the U.S. House of Representatives and the Permanent Select Committee on Intelligence of the U.S. House of Representatives. Please send all future notices in this matter to me.

1

Respectfully submitted,

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 253492)
  *General Counsel*

OFFICE OF GENERAL COUNSEL[*]
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)
Douglas.Letter@mail.house.gov

*Counsel for Intervenor-Defendants the Committee on Financial Services of the U.S. House of Representatives and the Permanent Select Committee on Intelligence of the U.S. House of Representatives*

May 7, 2019

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court."  2 U.S.C. § 5571.

## CERTIFICATE OF SERVICE

      I certify that on May 7, 2019, I caused the foregoing document to be filed via this Court's CM/ECF system, which I understand caused service on all registered parties.

                                                          /s/ *Douglas N. Letter*
                                                           Douglas N. Letter