

**A Professional Corporation**

Email: jmurphy@mmlawus.com  
Direct: 212.880.3968  
Facsimile: 212.880.3998

1185 Avenue of the Americas  
Floor 21  
New York, NY 10036

May 7, 2019

The Honorable Edgardo Ramos  
U.S. District Judge  
Thurgood Marshall U.S. Courthouse  
Courtroom 619  
40 Foley Square  
New York, NY  10007

      **Re:**    **Donald J. Trump et al. v. Deutsche Bank, AG et al.**  
             **No. 1:19-cv-03826-ER**

Dear Judge Ramos:

      This firm represents Defendant Capital One Financial Corp. ("Capital One") in the above-referenced matter. Plaintiffs filed a letter with the Court dated May 3, 2019, seeking "an order requiring the Intervenor-Defendant Committees to give Plaintiffs copies of the subpoenas" at issue in this case. The Court directed Defendants to submit responses to Plaintiffs' letter by close of business on May 7, 2019.

      Defendant Capital One takes no position with respect to Plaintiffs' request for an order requiring the Intervenor-Defendant Committees to provide copies of the subpoenas.

                                Very truly yours,

                                  James A. Murphy

JAM/ses