DOUGLAS N. LETTER
GENERAL COUNSEL

TODD B. TATELMAN
DEPUTY GENERAL COUNSEL

MEGAN BARBERO
ASSOCIATE GENERAL COUNSEL

JOSEPHINE MORSE
ASSOCIATE GENERAL COUNSEL

**U.S. HOUSE OF REPRESENTATIVES
OFFICE OF GENERAL COUNSEL**
219 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-6532
(202) 225-9700
FAX: (202) 226-1360

KRISTIN A. SHAPIRO
ASSISTANT GENERAL COUNSEL

BROOKS M. HANNER
ASSISTANT GENERAL COUNSEL

SARAH E. CLOUSE
ATTORNEY

May 7, 2019

**VIA CM/ECF**

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Trump et al. v. Deutsche Bank AG et al.*, No. 1:19-cv-03826

Dear Judge Ramos:

  Pursuant to Local Rule 7.1(d), intervenor-defendants the Committee on Financial Services and the Permanent Select Committee on Intelligence of the U.S. House of Representatives (collectively, the Committees) request a 24-hour extension of time to file any response to plaintiffs' letter seeking disclosure of the subpoenas challenged in this lawsuit. Plaintiffs consent to this brief extension of time. This is the Committees' first request for an extension of time.

  On May 3, 2019, this Court ordered the Committees to respond to plaintiffs' letter seeking disclosure of the subpoenas by close of business on Tuesday, May 7, 2019. The parties are currently engaged in good-faith negotiations to resolve this discovery dispute. Accordingly, the Committees seek a 24-hour extension of time to file any response to plaintiffs' letter.

  The Court has scheduled a pre-motion conference for Thursday, May 9, 2019, at 2:30 p.m. If the parties are unable to resolve this dispute, to conserve the resources of the parties and the Court, the Committees will request that the Court hold the scheduled conference telephonically. Plaintiffs have stated that they consent to such a request.

  For these reasons, the Court should grant the Committees' consent request for a 24-hour extension to respond to plaintiffs' May 3, 2019 letter.

Respectfully submitted,

/s/ Douglas N. Letter
Douglas N. Letter
    *General Counsel*
Todd B. Tatelman
    *Deputy General Counsel*
Megan Barbero
    *Associate General Counsel*
Brooks M. Hanner
    *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES[*]
219 Cannon House Office Building
Washington, D.C. 20515
Telephone: (202) 225-9700
douglas.letter@mail.house.gov

cc:    All counsel who have appeared in this case (via ECF)

---

[*] Attorneys for the Office of General Counsel for the U.S. House of Representatives are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571.