**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; IVANKA TRUMP; THE DONALD J. TRUMP REVOCABLE TRUST; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; DJT HOLDINGS LLC; DJT HOLDINGS MANAGING MEMBER LLC; TRUMP ACQUISITION LLC; and TRUMP ACQUISITION, CORP., <br><br>*Plaintiffs*, <br><br>v. <br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br>*Defendants*, <br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>*Intervenor-Defendants.* | Case No. 1:19-cv-03826-ER |

**[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**

It is SO ORDERED that the consent motion of intervenor-defendants Committee on Financial Services and Permanent Select Committee on Intelligence of the U.S. House of Representatives for a 24-hour extension of time to respond to plaintiffs' May 3, 2019 letter is GRANTED.

Dated: _____                      _____
                                                Judge Edgardo Ramos
                                                UNITED STATES DISTRICT COURT JUDGE

Copies to:

William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Blvd.
Suite 700
Arlington, VA  22201
will@consovoymccarthy.com

James Alwin Murphy
MURPHY & MCGONIGLE, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
jmurphy@mmlawus.com

Marc Lee Mukasey
MUKASEY FRENCHMAN & SKLAROFF
250 Park Avenue, 7th Floor
New York, NY 10177
mukaseym@gtlaw.com

Steven R. Ross
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, DC 20006
sross@akingump.com