IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 5/7/2019
```

DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; IVANKA TRUMP; THE DONALD J. TRUMP REVOCABLE TRUST; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; DJT HOLDINGS LLC; DJT HOLDINGS MANAGING MEMBER LLC; TRUMP ACQUISITION LLC; and TRUMP ACQUISITION, CORP.,

*Plaintiffs*,

v.

DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,

*Defendants*,

COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,

*Intervenor-Defendants.*

Case No. 1:19-cv-03826-ER

### [~~PROPOSED~~] ORDER GRANTING INTERVENOR-DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME

It is SO ORDERED that the consent motion of intervenor-defendants Committee on Financial Services and Permanent Select Committee on Intelligence of the U.S. House of Representatives for a 24-hour extension of time to respond to plaintiffs' May 3, 2019 letter is GRANTED.

Dated: __5/7/2019__

_____
Judge Edgardo Ramos
UNITED STATES DISTRICT COURT JUDGE

Copies to:

William S. Consovoy
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Blvd.
Suite 700
Arlington, VA  22201
will@consovoymccarthy.com

James Alwin Murphy
MURPHY & MCGONIGLE, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
jmurphy@mmlawus.com

Marc Lee Mukasey
MUKASEY FRENCHMAN & SKLAROFF
250 Park Avenue, 7th Floor
New York, NY 10177
mukaseym@gtlaw.com

Steven R. Ross
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, DC 20006
sross@akingump.com