

Ten Post Office Square
8th Floor South PMB, #706
Boston, MA 02109
617.227.0548
www.consovoymccarthy.com

May 8, 2019

The Hon. Edgardo Ramos
U.S. District Judge
Thurgood Marshall U.S. Courthouse
Courtroom 619
40 Foley Square
New York, NY 10007

**Re:** *Donald J. Trump et al. v. Deutsche Bank, AG et al.,* No. 1:19-cv-03826-ER

Dear Judge Ramos:

     After Plaintiffs filed their May 3 letter motion seeking expedited discovery, the parties engaged in additional efforts to resolve this dispute. As a result of those efforts, the Intervenor-Defendant Committees have agreed to provide Plaintiffs with substantial portions of the subpoenas. Plaintiffs therefore withdraw their letter motion, and see no need to proceed with the hearing scheduled on May 9 (subject, of course, to the Court's wishes). This withdrawal does not affect Plaintiffs' pending motion for a preliminary injunction.

                                      Sincerely,

                                        */s/ Patrick Strawbridge*

cc:    Marc Mukasey, Esq.
        ECF Service List