UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>     Plaintiffs, | No. 19 Civ. 03826 (ER) |
| – against –<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>     Defendants,<br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>     Intervenor-Defendants. | |

## DEFENDANT DEUTSCHE BANK AG'S STATEMENT OF POSITION AS TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Defendant Deutsche Bank AG ("Deutsche Bank") provides the following statement of position regarding Plaintiffs' Motion for a Preliminary Injunction (ECF No. 26).

This controversy concerning the validity of Intervenor-Defendants' subpoenas is a dispute between the Plaintiffs and the Intervenor-Defendants, who are the real parties in interest.

As such, Deutsche Bank takes no position with respect to Plaintiffs' Motion for a Preliminary

Injunction, nor on the legal issues raised by Plaintiffs and Intervenor-Defendants in connection

therewith.

Dated:          May 10, 2019
                New York, New York

                                        AKIN GUMP STRAUSS HAUER &
                                        FELD LLP

                          By:      /s/ Steven R. Ross
                                   Steven R. Ross (*Pro hac vice pending*)
                                   Raphael A. Prober (*Pro hac vice pending*)
                                   Parvin D. Moyne
                                   Thomas C. Moyer (*Pro hac vice pending*)

                                   Akin Gump Strauss Hauer & Feld LLP
                                   2001 K Street N.W.
                                   Washington, D.C. 20006
                                   Telephone: (202) 887-4343
                                   Facsimile: (202) 887-4288

                                   *Attorneys for defendant Deutsche Bank AG*