UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>        Plaintiffs,<br><br>v.<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>        Defendants,<br><br>and<br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>        Intervenor-Defendants. | Docket No. 1:19-cv-03826-ER |

**DEFENDANT CAPITAL ONE FINANCIAL CORPORATION'S STATEMENT OF POSITION AS TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendant Capital One Financial Corporation ("Capital One"), through its counsel, Murphy & McGonigle, PC, provides the following statement of its position as to Plaintiffs' Motion for a Preliminary Injunction, in advance of oral argument scheduled for May 22, 2019 at 2:30 p.m.

On May 3, 2019, the Court granted the motion of the United States House of Representatives' Committee on Financial Services and the Permanent Select Committee on Intelligence (the "Committees") to intervene as Defendants in this action. Plaintiffs seek to enjoin the Committees from enforcing subpoenas that were issued by the Committees, and to enjoin Capital One from complying with the subpoena issued to it. The subpoena issued to Capital One, by its terms, compels Capital One to produce certain documents in its possession. Although Capital One is the recipient of a subpoena issued by the Committee on Financial Services, the dispute in this action is between Plaintiffs and the Committees. Accordingly, Capital One takes no position on the merits of Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted,

Dated: May 10, 2019         MURPHY & MCGONIGLE, P.C.
New York, New York

By: _s/ James A. Murphy_____
James A. Murphy
jmurphy@mmlawus.com
Steven D. Feldman
sfeldman@mmlawus.com
1185 Avenue of the Americas, 21st Floor
New York, New York 10036
(212) 880-3999

*Attorneys for Defendant Capital One Financial Corporation*