

Ten Post Office Square
8th Floor South PMB, #706
Boston, MA 02109
617.227.0548
www.consovoymccarthy.com

May 13, 2019

The Hon. Edgardo Ramos
U.S. District Judge
Thurgood Marshall U.S. Courthouse
Courtroom 619
40 Foley Square
New York, NY 10007

**Re:** *Donald J. Trump et al. v. Deutsche Bank, AG et al.,* No. 1:19-cv-03826-ER

Dear Judge Ramos:

Plaintiffs' reply brief in support of their motion for a preliminary injunction is due Wednesday, May 15. Your Honor typically allots 10 pages for replies. *See* Individual Practices 2(B)(i). Because Plaintiffs did not receive the challenged subpoenas until after they filed their opening brief, and because the Committees' opposition raises several new and complicated questions, Plaintiffs respectfully ask for permission to file a 15-page reply brief. All parties consent to this request.

Sincerely,

*/s/ Patrick Strawbridge*

cc:   Marc Mukasey, Esq.
      ECF Service List