UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br> and <br><br> THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>                      Plaintiffs, <br><br>        - against - <br><br> DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br>                      Defendants, <br><br> and <br><br> COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>                      Intervenor-Defendants. | Docket No. 1:19-cv-03826-ER <br><br> **NOTICE OF APPEAL** |

      Plaintiffs (Donald J. Trump; Donald J. Trump Jr.; Eric Trump; Ivanka Trump; The Donald J. Trump Revocable Trust; The Trump Organization, Inc.; Trump Organization LLC; DJT Holdings LLC; DJT Holdings Managing Member LLC; Trump Acquisition LLC; and Trump Acquisition, Corp.) hereby appeal to the U.S. Court of Appeals for the Second Circuit this Court's order from May 22, 2019, denying Plaintiffs' motion for a preliminary injunction and denying Plaintiffs' motion for a stay pending appeal. *See* Dkt. 59.

| | |
|---|---|
| Dated: May 24, 2019 | Respectfully submitted, |
| *s/ Marc L. Mukasey* | *s/ Patrick Strawbridge* |
| Marc L. Mukasey | Patrick Strawbridge |
| Mukasey Frenchman & Sklaroff LLP | CONSOVOY MCCARTHY PLLC |
| 250 Park Avenue, 7th Floor | Ten Post Office Square |
| New York, NY 10177 | 8th Floor South PMB #706 |
| 347-527-3940 | Boston, MA 02109 |
| marc.mukasey@mukaseylaw.com | patrick@consovoymccarthy.com |
| | |
| *Counsel for The Donald J. Trump Revocable Trust, The Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, and Trump Acquisition, Corp.* | William S. Consovoy |
| | Cameron T. Norris |
| | CONSOVOY MCCARTHY PLLC |
| | 3033 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22201 |
| | (703) 243-9423 |
| | will@consovoymccarthy.com |
| | cam@consovoymccarthy.com |
| | |
| | *Counsel for President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and Ivanka Trump* |

# CERTIFICATE OF SERVICE

I certify that on May 24, 2019, I filed this notice via the CM/ECF system, which will notify counsel for all parties in this case.

Dated:  May 24, 2019                                                             *s/ Patrick Strawbridge*