**MANDATE**

N.Y.S.D. Case # 19-cv-3826(ER)

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of December, two thousand nineteen.

Before:   Jon O. Newman,
          Peter W. Hall,
          Debra Ann Livingston,
              *Circuit Judges*.

_____

Donald J. Trump, Donald J. Trump, Jr., Eric Trump, Ivanka Trump, Donald J. Trump Revocable Trust, Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, Trump Acquisition, Corp.,

    Plaintiffs - Appellants,

v.

Deutsche Bank AG, Capital One Financial Corporation,

    Defendants - Appellees,

Committee on Financial Services of the United States House of Representatives, Permanent Select Committee on Intelligence of the United States House of Representatives,

    Intervenor Defendants - Appellees.

_____

**JUDGMENT**

Docket No. 19-1540

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 03 2019

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order is AFFIRMED in substantial part and REMANDED in part.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit



MANDATE ISSUED ON 12/03/2019