(ORDER LIST: 589 U.S.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2019

FRIDAY, DECEMBER 13, 2019

### CERTIORARI GRANTED

18-9526    McGIRT, JIMCY V. OKLAHOMA

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.

19-177    USAID, ET AL. V. ALLIANCE FOR OPEN SOCIETY INT'L, ET AL.

The petition for a writ of certiorari is granted. Justice Kagan took no part in the consideration or decision of this petition.

19-635    TRUMP, DONALD J. V. VANCE, CYRUS R., ET AL.

The petition for a writ of certiorari is granted. The case will be set for argument in the March 2020 argument session.

19-715  )  TRUMP, DONALD J., ET AL. V. MAZARS USA, LLP, ET AL.
       )
19-760  )  TRUMP, DONALD J., ET AL. V. DEUTSCHE BANK AG, ET AL.
(19A640)

The petition for a writ of certiorari in No. 19-715 is granted. The application (19A640) for stay presented to Justice Ginsburg and by her referred to the Court is granted, and it is ordered that the mandate of the United States Court of Appeals for the Second Circuit, case No. 19-1540, is hereby stayed pending further order of the Court. In addition, the application is treated as a petition for a writ of certiorari, and the petition is granted. The cases are consolidated, and a total of one hour is allotted for oral argument. The cases will be set for argument in the March 2020 argument session.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 12/13/2019