UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>      Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,<br><br>      Defendants,<br><br>and<br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>      Intervenor-Defendants. | Docket No. 1:19-cv-03826<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT CAPITAL ONE FINANCIAL CORP.** |

  In filings with the U.S. Court of Appeals for the Second Circuit dated August 26, 2020, the House Committee on Financial Services indicated that it has withdrawn its subpoena to Defendant Capital One Financial Corp. ("Capital One"). *See* No. 19-1540, Doc. 272 at 2 (noting that "the Financial Services Committee has withdrawn its subpoena to Capital One Financial Corporation entirely"). As a result, the undersigned parties are in agreement that Capital One should be dismissed from this action, pursuant to Fed. R. Civ. P. 21 and/or 41(a)(1)(A)(ii).

1

Dated: October 9, 2020

  *s/ Marc L. Mukasey*
Marc L. Mukasey
MUKASEY FRENCHMAN & SKLAROFF LLP
250 Park Avenue, 7th Floor
New York, NY 10177
347-527-3940
marc.mukasey@mukaseylaw.com

*Counsel for The Trump Organization, Inc., Trump Organization LLC, The Trump Corporation, DJT Holdings LLC, DJT Holdings Managing Member LLC, The Donald J. Trump Revocable Trust, Trump Acquisition LLC, and Trump Acquisition, Corp.*

  *s/ Steven R. Ross*
Steven R. Ross (pro hac vice)
Raphael A. Prober (pro hac vice)
Parvin D. Moyne
Thomas C. Moyer (pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
(202) 887-4343

*Counsel for Deutsche Bank AG*

  *s/ James A. Murphy*
James A. Murphy
Steven D. Feldman
MURPHY & MCGONIGLE, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
(212) 880-3999
jmurphy@mmlawus.com
sfeldman@mmlawus.com

*Counsel for Capital One Financial Corp.*

Respectfully submitted,

  *s/ Patrick Strawbridge*
Patrick Strawbridge (pro hac vice)
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

William S. Consovoy (pro hac vice)
Cameron T. Norris
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and Ivanka Trump*

  *s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
General Counsel
Todd B. Tatelman (VA Bar No. 66008)
Deputy General Counsel
Megan Barbero (MA Bar No. 668854)
Associate General Counsel
Josephine Morse (D.C. Bar No. 1531317)
Associate General Counsel
Brooks M. Hanner (D.C. Bar No. 1005346)
Assistant General Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for the Committee on Financial Services and the Permanent Select Committee on Intelligence*

**CERTIFICATE OF SERVICE**

      I certify that on October 13, 2020, I electronically filed this document with the Clerk of Court for the U.S. District Court for the Southern District of New York using the CM/ECF system, which will send notification of the filing to all counsel.

                                                                     *s/ Patrick Strawbridge*
                                                                     Patrick Strawbridge