UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD J. TRUMP, DONALD J. TRUMP
JR., ERIC TRUMP, IVANKA TRUMP,

and

THE DONALD J. TRUMP REVOCABLE
TRUST, THE TRUMP ORGANIZATION,
INC., TRUMP ORGANZATION LLC, DJT
HOLDINGS LLC, DJT HOLDINGS
MANAGING MEMBER LLC, TRUMP
ACQUISITION LLC, and TRUMP
ACQUISITION, CORP.,

                          Plaintiffs,

          - against -

DEUTSCHE BANK AG and CAPITAL ONE
FINANCIAL CORP.,

                          Defendants,

and

COMMITTEE ON FINANCIAL SERVICES
OF THE U.S. HOUSE OF
REPRESENTATIVES and PERMANENT
SELECT COMMITTEE ON
INTELLIGENCE OF THE U.S. HOUSE OF
REPRESENTATIVES,

                  Intervenor-Defendants.

Docket No. 1:19-cv-03826

**STIPULATION OF DISMISSAL OF
DEFENDANT CAPITAL ONE
FINANCIAL CORP.**

In filings with the U.S. Court of Appeals for the Second Circuit dated August 26, 2020, the House Committee on Financial Services indicated that it has withdrawn its subpoena to Defendant Capital One Financial Corp. ("Capital One"). *See* No. 19-1540, Doc. 272 at 2 (noting that "the Financial Services Committee has withdrawn its subpoena to Capital One Financial Corporation entirely"). As a result, the undersigned parties are in agreement that Capital One should be dismissed from this action, pursuant to Fed. R. Civ. P. 21 and/or 41(a)(1)(A)(ii).

1

Dated: October 13, 2020

Respectfully submitted,

Marc L. Mukasey
MUKASEY FRENCHMAN & SKLAROFF LLP
250 Park Avenue, 7th Floor
New York, NY 10177
347-527-3940
marc.mukasey@mukaseylaw.com

*Counsel for The Trump Organization, Inc., Trump
Organization LLC, The Trump Corporation, DJT
Holdings LLC, DJT Holdings Managing Member LLC,
The Donald J. Trump Revocable Trust, Trump
Acquisition LLC, and Trump Acquisition, Corp.*

Steven R. Ross (pro hac vice)
Raphael A. Prober (pro hac vice)
Parvin D. Moyne
Thomas C. Moyer (pro hac vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
(202) 887-4343

*Counsel for Deutsche Bank AG*

James A. Murphy
Steven D. Feldman
MURPHY & MCGONIGLE, P.C.
1185 Avenue of the Americas, 21st Floor
New York, NY 10036
(212) 880-3999
jmurphy@mmlawus.com
sfeldman@mmlawus.com

*Counsel for Capital One Financial Corp.*

Patrick Strawbridge (pro hac vice)
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

William S. Consovoy (pro hac vice)
Cameron T. Norris
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for President Donald J. Trump,
Donald J. Trump Jr., Eric Trump, and Ivanka
Trump*

Douglas N. Letter (D.C. Bar No. 253492)
   General Counsel
Todd B. Tatelman (VA Bar No. 66008)
Megan Barbero (MA Bar No. 668854)
Josephine Morse (D.C. Bar No. 1531317)
Brooks M. Hanner (D.C. Bar No. 1005346)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
(202) 225-9700 (telephone)
(202) 226-1360 (facsimile)

*Counsel for the Committee on Financial Services
and the Permanent Select Committee on Intelligence*

So Ordered:

Edgardo Ramos, U.S.D.J
Dated: 10/14/2020
New York, New York

2