UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DONALD J. TRUMP, *et al.*,

                          Plaintiffs,        **NOTICE OF COURT CONFERENCE**

   - against -

                                                 19 Civ. 3826 (ER)

DEUTSCHE BANK, AG, *et al.*,

                          Defendants.
-------------------------------------------------------x

A telephonic status conference will be held on January 12, 2021, at 11:00 a.m. The parties are directed to call the Court at (877) 411-9748 and enter access code 302 9857# when prompted.

Dated:  January 4, 2021
        New York, New York

                                                          s/Jazmin Rivera
                                                  Jazmin Rivera,  Courtroom Deputy
                                                  Hon. Edgardo Ramos, U.S.D.J.