**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD J. TRUMP, *et al.*,<br><br>                          Plaintiffs,<br><br>    - against -<br><br>DEUTSCHE BANK, AG, *et al.*,<br><br>                         Defendants. | Case No. 1:19-cv-3826-ER |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, Cameron T. Norris, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Plaintiffs in the above-captioned action. I am in good standing of the bars of Virginia and Tennessee, and there are no pending disciplinary proceedings against me in any state or federal court.

Executed on February 4, 2021

                                                                                   */s/ Cameron T. Norris*
                                                                                    Cameron T. Norris
                                                                                     CONSOVOY MCCARTHY PLLC
                                                                                     1600 Wilson Blvd., Ste. 700
                                                                                     Arlington, VA 22209
                                                                                     (703) 243-9423
                                                                                     cam@consovoymccarthy.com