## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DONALD J. TRUMP, DONALD J. TRUMP
JR., ERIC TRUMP, IVANKA TRUMP,

and

THE DONALD J. TRUMP REVOCABLE
TRUST, THE TRUMP ORGANIZATION,
INC., TRUMP ORGANIZATION LLC, DJT
HOLDINGS LLC, DJT HOLDINGS
MANAGING MEMBER LLC, TRUMP
ACQUISITION LLC, and TRUMP
ACQUISITION, CORP.,

                                        Plaintiffs,

                - against -

DEUTSCHE BANK AG,

                                        Defendant,

and

COMMITTEE ON FINANCIAL SERVICES
OF THE U.S. HOUSE OF
REPRESENTATIVES and PERMANENT
SELECT COMMITTEE ON
INTELLIGENCE OF THE U.S. HOUSE OF
REPRESENTATIVES,

                        Intervenor-Defendants.

Docket No. 1:19-cv-03826-ER

**JOINT STATUS REPORT**

Pursuant to this Court's order of January 26, 2021, the parties submit this status report concerning future proceedings in this case:

### STATEMENT OF PLAINTIFFS AND INTERVENOR-DEFENDANTS

Following the status conference convened by the Court, the House Committees reissued their subpoenas to Defendant Deutsche Bank on March 3, 2021. Both before and after the issuance of those subpoenas, the Plaintiffs and Intervenor-Defendants have engaged in ongoing negotiations

intended to try to narrow or resolve their disputes. Those negotiations encompass both the scope of the subpoenas and a process for resolving any concerns about privacy and responsiveness. Plaintiffs and Intervenor-Defendants agree that an additional 30 days will aid those negotiations and allow coordination with Deutsche Bank regarding the implementation of any agreed-upon process. To allow additional time for these discussions, Plaintiffs and Intervenor-Defendants respectfully request that the Court set a new date for a status report of May 17, 2021.

## STATEMENT OF DEFENDANT DEUTSCHE BANK AG

Consistent with its role as a custodian of records and not a party of interest in this matter, Deutsche Bank continues to take no position with respect to the sufficiency and enforceability of the subpoenas issued by Intervenor-Defendants on April 15, 2019, and recently re-issued on March 3, 2021. The Bank has been advised by Plaintiffs and Intervenor-Defendants that it will be invited at an appropriate time to participate in discussions regarding any potential resolution of this matter involving the production of materials in the Bank's possession, so that considerations related to the scope, logistics, and other factors implicated by the proposed terms of any such resolution can be taken into account.

Dated: April 15, 2021

 *s/ Douglas N. Letter*
Douglas N. Letter
Todd B. Tatelman
Megan Barbero
Brooks M. Hanner
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Bldg. Washington,
D.C. 20515
(202) 225-9700
douglas.letter@mail.house.gov

*Counsel for the Committee on Financial Services and
Permanent Select Committee on Intelligence of the U.S.
House of Representatives*

 *s/ Steven R. Ross*
Steven R. Ross
Raphael A. Prober
Parvin D. Moyne
Thomas C. Moyer
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
(202) 887-4343

Respectfully submitted,

 *s/ Patrick Strawbridge*
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

William S. Consovoy
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
3033 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for President Donald J. Trump, Donald J. Trump
Jr., Eric Trump, and Ivanka Trump.*

Marc L. Mukasey
MUKASEY FRENCHMAN & SKLAROFF LLP
250 Park Avenue, 7th Floor
New York, NY 10177
(347) 527-3940
marc.mukasey@mukaseylaw.com

*Counsel for The Donald J. Trump Revocable Trust, The
Trump Organization, Inc., Trump Organization LLC,
DJT Holdings LLC, DJT Holdings Managing Member
LLC, Trump Acquisition LLC, and Trump Acquisition,
Corp.*