**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP,<br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>                           Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK AG,<br><br>                           Defendant,<br><br>and<br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>                           Intervenor-Defendants. | Docket No. 1:19-cv-03826-ER<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's order of April 16, 2021, the parties submit this status report concerning future proceedings in this case:

**STATEMENT OF PLAINTIFFS AND INTERVENOR-DEFENDANTS**

Plaintiffs and Intervenor-Defendants are continuing to engage in negotiations intended to narrow or resolve their disputes and believe they are close to an agreement. Those negotiations encompass both the scope of the subpoenas and a process for resolving any concerns about privacy

- 2 -

and responsiveness. Plaintiffs and Intervenor-Defendants agree that an additional 30 days will aid those negotiations and allow coordination with Deutsche Bank regarding the implementation of any agreed-upon process. To allow additional time for these discussions, Plaintiffs and Intervenor-Defendants respectfully request that the Court set a new date for a status report of June 18, 2021.

## **STATEMENT OF DEFENDANT DEUTSCHE BANK AG**

As previously stated in the April 15, 2021 Joint Status Report, Deutsche Bank has been advised by Plaintiffs and Intervenor-Defendants that it will be invited at an appropriate time to raise any relevant considerations related to the implementation of any proposed agreed upon process.

Dated: May 17, 2021

 s/ Douglas N. Letter
Douglas N. Letter
Todd B. Tatelman
Megan Barbero
Brooks M. Hanner
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Bldg.
Washington, D.C. 20515
(202) 225-9700
douglas.letter@mail.house.gov

*Counsel for the Committee on Financial Services and Permanent Select Committee on Intelligence of the U.S. House of Representatives*

 s/ Steven R. Ross
Steven R. Ross
Raphael A. Prober
Parvin D. Moyne
Thomas C. Moyer
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
(202) 887-4343

 *Counsel for Deutsche Bank AG*

Respectfully submitted,

 s/ Patrick Strawbridge
Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

William S. Consovoy
Cameron T. Norris
CONSOVOY MCCARTHY PLLC
3033 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
will@consovoymccarthy.com
cam@consovoymccarthy.com

*Counsel for President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and Ivanka Trump.*

Marc L. Mukasey
MUKASEY FRENCHMAN & SKLAROFF LLP
250 Park Avenue, 7th Floor
New York, NY 10177
(347) 527-3940
marc.mukasey@mukaseylaw.com

*Counsel for The Donald J. Trump Revocable Trust, The Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, and Trump Acquisition, Corp.*