UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP.,<br><br>                            Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK AG,<br><br>                            Defendant,<br><br>and<br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>                            Intervenor-Defendants. | Docket No. 1:19-cv-03826-ER<br><br>**JOINT STATUS REPORT** |

Pursuant to this Court's order of May 18, 2021, the parties submit this status report concerning future proceedings in this case:

**STATEMENT OF PARTIES**

Plaintiffs and Intervenor-Defendants are continuing to engage in negotiations intended to narrow or resolve their disputes. In the last 30 days, they have engaged Deutsche Bank, AG ("Deutsche Bank"), as the custodian of records, in these discussions and together all parties are

- 2 -

working through considerations related to the scope, logistics, and other factors implicated by the proposed terms of any such resolution to determine the best procedure to move this case forward. Because the parties need additional time to discuss the process being proposed, all parties agree that an additional 30 days will aid those negotiations and will further allow coordination with Deutsche Bank regarding the implementation and other considerations of any agreed-upon process. To allow additional time for these discussions, the parties respectfully request that the Court set a new date for a status report of July 19, 2021.

| | |
|---|---|
| Dated: June 18, 2021 | Respectfully submitted, |
| _s/ Douglas N. Letter_<br>Douglas N. Letter<br>Todd B. Tatelman<br>Megan Barbero<br>Brooks M. Hanner<br>OFFICE OF GENERAL COUNSEL<br>U.S. HOUSE OF REPRESENTATIVES<br>5140 O'Neill House Office Bldg.<br>Washington, D.C. 20515<br>(202) 225-9700<br>douglas.letter@mail.house.gov<br><br>*Counsel for the Committee on Financial Services and Permanent Select Committee on Intelligence of the U.S. House of Representatives*<br><br>_s/ Steven R. Ross_<br>Steven R. Ross<br>Raphael A. Prober<br>Parvin D. Moyne<br>Thomas C. Moyer<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street N.W.<br>Washington, D.C. 20006<br>(202) 887-4343<br><br>*Counsel for Deutsche Bank AG* | _s/ Patrick Strawbridge_<br>Patrick Strawbridge<br>CONSOVOY MCCARTHY PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>patrick@consovoymccarthy.com<br><br>William S. Consovoy<br>Cameron T. Norris<br>CONSOVOY MCCARTHY PLLC<br>3033 Wilson Blvd., Ste. 700<br>Arlington, VA 22201<br>(703) 243-9423<br>will@consovoymccarthy.com<br>cam@consovoymccarthy.com<br><br>*Counsel for President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and Ivanka Trump.*<br><br>Marc L. Mukasey<br>MUKASEY FRENCHMAN & SKLAROFF LLP<br>250 Park Avenue, 7th Floor<br>New York, NY 10177<br>(347) 527-3940<br>marc.mukasey@mukaseylaw.com<br><br>*Counsel for The Donald J. Trump Revocable Trust, The Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, and Trump Acquisition, Corp.* |