# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br> and <br><br> THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>                  Plaintiffs, <br><br> - against - <br><br> DEUTSCHE BANK AG, <br><br>                  Defendant, <br><br> and <br><br> COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>                  Intervenor-Defendants. | Docket No. 1:19-cv-03826-ER <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's order of June 21, 2021, the parties submit this status report concerning future proceedings in this case:

## STATEMENT OF PARTIES

Plaintiffs and Intervenor-Defendants are continuing to engage in negotiations intended to narrow or resolve their disputes. In the last 30 days, the parties (including Deutsche Bank, AG ("Deutsche Bank"), as the custodian of records) have discussed the details of a potential process for

resolution and together the parties continue to work through considerations related to the scope, logistics, and other factors implicated by the proposal. Because the parties need additional time to discuss the process being proposed, all parties agree that an additional 30 days will aid those negotiations and will further allow coordination with Deutsche Bank regarding the implementation and other considerations of any agreed-upon process. To allow additional time for these discussions, the parties respectfully request that the Court set a new date for a status report of August 20, 2021.

| | |
|---|---|
| Dated: July 19, 2021 | Respectfully submitted, |
| _s/ Douglas N. Letter_ | _s/ Patrick Strawbridge_ |
| Douglas N. Letter | Patrick Strawbridge |
| Todd B. Tatelman | CONSOVOY MCCARTHY PLLC |
| Brooks M. Hanner | Ten Post Office Square |
| OFFICE OF GENERAL COUNSEL | 8th Floor South PMB #706 |
| U.S. HOUSE OF REPRESENTATIVES | Boston, MA 02109 |
| 5140 O'Neill House Office Bldg. | patrick@consovoymccarthy.com |
| Washington, D.C. 20515 | |
| (202) 225-9700 | William S. Consovoy |
| douglas.letter@mail.house.gov | Cameron T. Norris |
| | CONSOVOY MCCARTHY PLLC |
| *Counsel for the Committee on Financial Services and Permanent Select Committee on Intelligence of the U.S. House of Representatives* | 3033 Wilson Blvd., Ste. 700 |
| | Arlington, VA 22201 |
| | (703) 243-9423 |
| _s/ Steven R. Ross_ | *Counsel for President Donald J. Trump, Donald J. Trump Jr., Eric Trump, and Ivanka Trump.* |
| Steven R. Ross | |
| Raphael A. Prober | |
| Parvin D. Moyne | Marc L. Mukasey |
| Thomas C. Moyer | MUKASEY FRENCHMAN & SKLAROFF LLP |
| AKIN GUMP STRAUSS HAUER & FELD LLP | 250 Park Avenue, 7th Floor |
| 2001 K Street N.W. | New York, NY 10177 |
| Washington, D.C. 20006 | (347) 527-3940 |
| (202) 887-4343 | |
| | *Counsel for The Donald J. Trump Revocable Trust, The Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, and Trump Acquisition, Corp.* |
| *Counsel for Deutsche Bank AG* | |