UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; IVANKA TRUMP; THE DONALD J. TRUMP REVOCABLE TRUST; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; DJT HOLDINGS LLC; DJT HOLDINGS MANAGING MEMBER LLC; TRUMP ACQUISITION LLC; and TRUMP ACQUISITION, CORP., <br><br>                           Plaintiffs, <br><br>           – against – <br><br> DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br>                           Defendants, <br><br>           – and – <br><br> COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>                           Intervenor-Defendants. | 19 Civ. 3826 (ER) <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE** |

**PLEASE TAKE NOTICE** that I, Marc L. Mukasey, of Mukasey Frenchman LLP, hereby withdraw my appearance as counsel of record for Plaintiffs Donald J. Trump Revocable Trust; The Trump Organization, Inc.; Trump Organization LLC; DJT Holdings LLC; DJT Holdings Managing Member LLC; Trump Acquisition LLC; and Trump Acquisition Corp. and should no longer receive ECF notifications for the above-captioned case.  Plaintiffs will continue to be represented by Cameron Norris, William Consovoy, and Patrick Strawbridge.

Dated: July 20, 2021                    By: /s/ Marc L. Mukasey
                                                   Marc L. Mukasey
                                                   MUKASEY FRENCHMAN LLP
                                                   2 Grand Central Tower
                                                   140 East 45th Street, 17th Floor
                                                   New York, New York 10017
                                                   marc.mukasey@mfsllp.com
                                                   (212) 466-6400