## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br> and <br><br> THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>                  Plaintiffs, <br><br> - against - <br><br> DEUTSCHE BANK AG, <br><br>                  Defendant, <br><br> and <br><br> COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>                  Intervenor-Defendants. | Docket No. 1:19-cv-03826-ER <br><br> **JOINT STATUS REPORT** |

Pursuant to this Court's order of August 23, 2021, the parties submit this status report concerning future proceedings in this case:

## STATEMENT OF PARTIES

Plaintiffs and Intervenor-Defendants are continuing to engage in negotiations intended to narrow or resolve their disputes. In the last 30 days, the parties (including Deutsche Bank, AG ("Deutsche Bank"), as the custodian of records) continued to work through considerations related to

the scope, logistics, and other factors implicated by the proposal. Because the parties need additional time to discuss the process being proposed, all parties agree that an additional 30 days will aid those negotiations and will further allow coordination with Deutsche Bank regarding the implementation and other considerations of any agreed-upon process. To allow additional time for these discussions, the parties respectfully request that the Court set a new date for a status report of October 20, 2021.

| | |
|---|---|
| Dated: September 20, 2021 | Respectfully submitted, |
|   *s/ Douglas N. Letter*<br>Douglas N. Letter<br>Todd B. Tatelman<br>Eric. R. Columbus<br>Stacie Fahsel<br>OFFICE OF GENERAL COUNSEL<br>U.S. HOUSE OF REPRESENTATIVES<br>5140 O'Neill House Office Bldg.<br>Washington, D.C. 20515<br>(202) 225-9700<br>douglas.letter@mail.house.gov<br><br>*Counsel for the Committee on Financial Services and Permanent Select Committee on Intelligence of the U.S. House of Representatives* |   *s/ Patrick Strawbridge*<br>Patrick Strawbridge<br>CONSOVOY MCCARTHY PLLC<br>Ten Post Office Square<br>8th Floor South PMB #706<br>Boston, MA 02109<br>patrick@consovoymccarthy.com<br><br>William S. Consovoy<br>Cameron T. Norris<br>CONSOVOY MCCARTHY PLLC<br>3033 Wilson Blvd., Ste. 700<br>Arlington, VA 22201<br>(703) 243-9423<br>will@consovoymccarthy.com<br>cam@consovoymccarthy.com<br><br>*Counsel for President Donald J. Trump, Donald J. Trump Jr., Eric Trump, Ivanka Trump, The Donald J. Trump Revocable Trust, The Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, and Trump Acquisition, Corp.* |
|   *s/ Steven R. Ross*<br>Steven R. Ross<br>Raphael A. Prober<br>Parvin D. Moyne<br>Thomas C. Moyer<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 K Street N.W.<br>Washington, D.C. 20006<br>(202) 887-4343<br><br>*Counsel for Deutsche Bank AG* | |