UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; IVANKA TRUMP; THE DONALD J. TRUMP REVOCABLE TRUST; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; DJT HOLDINGS LLC; DJT HOLDINGS MANAGING MEMBER LLC; TRUMP ACQUISITION LLC; and TRUMP ACQUISITION, CORP.,

Plaintiffs,

– against –

DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP.,

Defendants,

– and –

COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,

Intervenor-Defendants.

**ORDER**

19 Civ. 3826 (ER)

Ramos, D.J.:

    The Court is in receipt of the parties' joint status report dated February 23, 2022.  Doc. 105.  The parties' request for additional time to file another joint status report is GRANTED.

The parties are instructed to file a joint status report by no later than March 25, 2022.

    It is SO ORDERED.

Dated: February 24, 2022
       New York, New York

                                                               Edgardo Ramos, U.S.D.J.