UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; IVANKA TRUMP; THE DONALD J. TRUMP REVOCABLE TRUST; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; DJT HOLDINGS LLC; DJT HOLDINGS MANAGING MEMBER LLC; TRUMP ACQUISITION LLC; and TRUMP ACQUISITION, CORP., <br><br>      Plaintiffs, <br><br>- against - <br><br>DEUTSCHE BANK, AG and CAPITAL ONE FINANCIAL CORP., <br><br>      Defendants, <br><br>and <br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>      Intervenor-Defendants. | Case No. 19-cv-03826 (ER) |

## **DECLARATION**

  I, Leslie C. Esbrook, respectfully submit this Declaration pursuant to Local Civil Rule 1.4 in support of the Motion to withdraw the appearances of Leslie C. Esbrook and David Hunter Smith as attorneys of record for Intervenor-Defendants, the Committee on Financial Services and the Permanent Select Committee on Intelligence of the U.S. House of Representatives, in the above-captioned matter, and state as follows:

1. I am an associate at Kramer Levin Robbins Russell ("Kramer Levin") and was previously associated with Robbins, Russell, Englert, Orseck & Untereiner LLP ("Robbins Russell").

2. Intervenor-Defendants are currently represented by attorneys from the Office of General Counsel for the U.S. House of Representatives, who will continue to represent Intervenor-Defendants as lead counsel.

3. As of October 1, 2021, attorney David Hunter Smith left the employ of Robbins Russell, and as a result of his departure immediately ceased to and otherwise has not continued to represent Intervenor-Defendants since that time.

4. Following Mr. Smith's departure, I have not represented Intervenor-Defendants in connection with this case.

5. No party will be adversely affected by the requested withdrawal, which likewise will in no way impede the progress of this case.

6. Neither Kramer Levin nor Robbins Russell has (or could) assert a retaining or charging lien.

7. For the reasons stated above, I respectfully request that the Motion be granted and the appearances of Leslie C. Esbrook and David Hunter Smith be withdrawn.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.  
       May 3, 2022

*/s/ Leslie C. Esbrook*  
Leslie C. Esbrook (NY 5406301)