USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 5/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, and THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br> Plaintiffs, <br><br> - against - <br><br> DEUTSCHE BANK AG, <br><br> Defendant, <br><br> and <br><br> COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br> Intervenor-Defendants. | Docket No. 1:19-cv-03826-ER |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Steven R. Ross to withdraw as counsel of record in the above-captioned proceeding for the Defendant Deutsche Bank AG, and it appearing to the Court that the relief requested is appropriate,

**IT IS HEREBY ORDERED** that Steven R. Ross is granted leave to withdraw as counsel of record in this action, that such withdrawal is effective immediately, and that Mr. Ross be removed from the Court's CM/ECF electronic notification list for these proceedings.

Dated: May 23, 2022

SO ORDERED:

_____
Honorable Edgardo Ramos
UNITED STATES DISTRICT JUDGE