**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, and THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　- against - <br><br>DEUTSCHE BANK AG, <br><br>　　　　　　　　　　Defendant, <br><br>and <br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>　　　　　　　　　Intervenor-Defendants. | **MEMO ENDORSED** <br><br> Docket No. 1:19-cv-03826-ER <br><br> **JOINT STATUS REPORT** <br><br> The Parties' request is granted.  Parties are directed to submit a joint status report no later than January 27, 2023. <br><br> *Edgardo Ramos, U.S.D.J.* <br> Dated: December 29, 2022 <br> New York, New York |

Pursuant to this Court's order of November 29, 2022, the parties submit this status report concerning future proceedings in this case:

**STATEMENT OF PARTIES**

Plaintiffs and Intervenor-Defendants are continuing to engage in negotiations intended to narrow or resolve their disputes. In the last 30 days, the parties (including Deutsche Bank AG, as the custodian of records) continued to work through considerations related to the scope, logistics, and

1

other factors implicated by the proposal, including circulation of a revised proposed written settlement agreement that has been circulated among the parties. The parties also continued discussions regarding a reasonable period of time needed, following the conclusion of a resolution to this matter, to allow for any further necessary review of materials, consultation among the parties, and other efforts to facilitate the production of responsive information based on the final parameters of any ultimate settlement. Given the current status of these discussions, and the expectation that such discussions and/or compliance with any settlement would necessarily extend into the next session of Congress, all parties agree that an additional 30 days will aid those negotiations and will further allow coordination with Deutsche Bank regarding the implementation and other considerations of any agreed-upon process. To allow additional time for these discussions, the parties respectfully request that the Court set a new date for a status report of January 27, 2022.

| | |
|---|---|
| Dated: December 28, 2022 | Respectfully submitted, |
| *s/ Douglas N. Letter* | *s/ Patrick Strawbridge* |
| Douglas N. Letter | Patrick Strawbridge |
| Todd B. Tatelman | CONSOVOY MCCARTHY PLLC |
| Eric. R. Columbus | Ten Post Office Square |
| Stacie Fahsel | 8th Floor South PMB #706 |
| OFFICE OF GENERAL COUNSEL | Boston, MA 02109 |
| U.S. HOUSE OF REPRESENTATIVES | patrick@consovoymccarthy.com |
| 5140 O'Neill House Office Bldg. | |
| Washington, D.C. 20515 | William S. Consovoy |
| (202) 225-9700 | Cameron T. Norris |
| douglas.letter@mail.house.gov | CONSOVOY MCCARTHY PLLC |
| | 3033 Wilson Blvd., Ste. 700 |
| *Counsel for the Committee on Financial Services and Permanent Select Committee on Intelligence of the U.S. House of Representatives* | Arlington, VA 22201 |
| | (703) 243-9423 |
| | will@consovoymccarthy.com |
| | cam@consovoymccarthy.com |
| *s/ Raphael A. Prober* | |
| Raphael A. Prober | *Counsel for President Donald J. Trump, Donald J. Trump Jr., Eric Trump, Ivanka Trump, The Donald J. Trump Revocable Trust, The Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, and Trump Acquisition, Corp.* |
| Parvin D. Moyne | |
| Thomas C. Moyer | |
| AKIN GUMP STRAUSS HAUER & FELD LLP | |
| 2001 K Street N.W. | |
| Washington, D.C. 20006 | |
| (202) 887-4343 | |
| | |
| *Counsel for Deutsche Bank AG* | |