IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK\

| | |
|---|---|
| DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; IVANKA TRUMP; THE DONALD J. TRUMP REVOCABLE TRUST; THE TRUMP ORGANIZATION, INC.; TRUMP ORGANIZATION LLC; DJT HOLDINGS LLC; DJT HOLDINGS MANAGING MEMBER LLC; TRUMP ACQUISITION LLC; and TRUMP ACQUISITION, CORP., <br><br>      *Plaintiffs*, <br><br>v. <br><br>DEUTSCHE BANK AG and CAPITAL ONE FINANCIAL CORP., <br><br>      *Defendants*, <br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES, <br><br>      *Intervenor-Defendants.* | Case No. 1:19-cv-03826-ER |

**MOTION TO WITHDRAW AS COUNSEL**

  Pursuant to Local Civil Rule 1.4, I, Douglas N. Letter, hereby request that my appearance be withdrawn as counsel for Intervenor-Defendants the Committee on Financial Services and the Permanent Select Committee on Intelligence of the U.S. House of Representatives. I am leaving my position in the Office of General Counsel of the U.S. House of Representatives. Intervenor-Defendants will continue to be represented by Todd B. Tatelman who has entered an appearance in this matter.

Respectfully submitted,

*/s/ Douglas N. Letter*
DOUGLAS N. LETTER (D.C. Bar No. 253492)
   *General Counsel*

Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

January 3, 2023

## CERTIFICATE OF SERVICE

      I certify that on January 3, 2023, I filed the foregoing Notice of Withdrawal of Counsel via the Court's CM/ECF system, which I understand caused delivery of a copy to all registered parties.

                                              /s/ *Douglas N. Letter*
                                              Douglas N. Letter