UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, IVANKA TRUMP, <br><br>and<br><br>THE DONALD J. TRUMP REVOCABLE TRUST, THE TRUMP ORGANIZATION, INC., TRUMP ORGANIZATION LLC, DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC, TRUMP ACQUISITION LLC, and TRUMP ACQUISITION, CORP., <br><br>     Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK AG,<br><br>     Defendant,<br><br>and<br><br>COMMITTEE ON FINANCIAL SERVICES OF THE U.S. HOUSE OF REPRESENTATIVES and PERMANENT SELECT COMMITTEE ON INTELLIGENCE OF THE U.S. HOUSE OF REPRESENTATIVES,<br><br>     Intervenor-Defendants. | Docket No. 1:19-cv-03826-ER<br><br>**STIPULATION OF DISMISSAL** |

The parties stipulate to the following:

1. Plaintiffs filed this suit in April 2019, challenging three subpoenas, dated April 15, 2019, issued by two committees of the House of Representatives (Committee on Financial Services and Permanent Select Committee on Intelligence) to two banks (Deutsche Bank AG ("Deutsche Bank") and Capital One Financial Corp ("Capital One")).

2. The subpoena to Capital One was withdrawn in August 2020. *See* Doc. 69.

3.   The subpoenas to Deutsche Bank expired because the 117th Congress ended and the subpoenas were not reissued in the 118th Congress.

4.   Accordingly, this case is hereby dismissed under Rule 41(a)(1). Each side will bear its own fees and costs.

Dated: January 30, 2023

*/s/ Todd B. Tatelman*

Todd B. Tatelman
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Bldg.
Washington, D.C. 20515
(202) 225-9700
Todd.Tatelman@mail.house.gov

*Counsel for the Committee on Financial Services and Permanent Select Committee on Intelligence of the U.S. House of Representatives*

*/s/ Raphael A. Prober*

Raphael A. Prober
Parvin D. Moyne
Thomas C. Moyer
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street N.W.
Washington, D.C. 20006
(202) 887-4343

*Counsel for Deutsche Bank AG*

Respectfully submitted,

*/s/ Patrick Strawbridge*

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109
patrick@consovoymccarthy.com

Cameron T. Norris
CONSOVOY MCCARTHY PLLC
3033 Wilson Blvd., Ste. 700
Arlington, VA 22201
(703) 243-9423
cam@consovoymccarthy.com

*Counsel for President Donald J. Trump, Donald J. Trump Jr., Eric Trump, Ivanka Trump, The Donald J. Trump Revocable Trust, The Trump Organization, Inc., Trump Organization LLC, DJT Holdings LLC, DJT Holdings Managing Member LLC, Trump Acquisition LLC, and Trump Acquisition, Corp.*

2